**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAMES DURLACHER,

    Plaintiff,

v.                                         Case No: 8:14-cv-1125-T-30EAJ

WESTCHESTER GARDENS LIMITED
PARTNERSHIP,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #6). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of July, 2014.

                                          JAMES S. MOODY, JR.
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record